# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ARNULFO RAMIREZ CEJA,

                      Petitioner,

    v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security ("DHS"); PAMELA BONDI, U.S. Attorney General; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PATRIC DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Facility; U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;

                     Respondents.

Case No.:  26cv0254 DMS DEB

**ORDER ON PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a response to the Petition in which they concede Petitioner is a member

of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is therefore entitled to a bond hearing.  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within seven (7) days of this Order. On or before **February 19, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  February 11, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv0254 DMS DEB